HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| RALPH J. BRINDLEY and KATHARINE BRINDLEY, husband and wife,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>GEICO Advantage Insurance Company, a foreign corporation; GEICO Choice Insurance Company, a foreign corporation; GEICO Secure Insurance Company, a foreign corporation; Government Employees Insurance Company, a foreign corporation; GEICO General Insurance Company, a foreign corporation; GEICO Indemnity Company, a foreign corporation; GEICO Casualty Company, a foreign corporation; ARPHAXAD PATRICE CARROLL, Jr. and "Jane Doe" Carroll, and the marital community composed thereof; and John and Jane Does nos. 1 through 10,<br><br>　　　　　　　　　Defendants. | CASE NO.　　2:23-cv-00793-BJR<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR VOLUNTARY NONSUIT (CAUSE NO. 2:23-cv-00793-BJR) |

　　THIS MATTER has come before the Court following Plaintiffs' Motion for Voluntary Nonsuit pursuant to Rule 41(a)(2).  The Court having reviewed the motion and considered the following:

　　1.　Plaintiffs' Motion for Voluntary Nonsuit Pursuant to Rule 41(a)(2);

ORDER GRANTING PLAINTIFFS' MOTION
FOR VOLUNTARY NONSUIT
(CAUSE NO. 2:23-cv-00793-BJR)
- 1

SWANSON GARDNER MEYERS COHON, PLLC
4512 TALBOT ROAD SOUTH
RENTON, WASHINGTON 98055
T: 425.226.7920　　　F: 425.226.5168

2. Any pleadings filed in opposition.

3. Relevant legal authorities.

Having reviewed the above-referenced materials, it is hereby ORDERED, that Plaintiffs' Motion for Voluntary Nonsuit Pursuant to Rule 41(a)(2) is GRANTED and this matter is DISMISSED without prejudice pursuant to Rule 41(a)(2) and without an award of fees and costs.

ORDERED THIS 7th day of July, 2023.

_____
HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFFS' MOTION
FOR VOLUNTARY NONSUIT
(CAUSE NO. 2:23-cv-00793-BJR)
- 2

SWANSON GARDNER MEYERS COHON, PLLC
4512 TALBOT ROAD SOUTH
RENTON, WASHINGTON 98055
T: 425.226.7920     F: 425.226.5168